UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Nicoski,

             Plaintiff,

vs.

Allied Interstate, LLC, et al,

             Defendant.

Civil No. 13-CV-00392 JNE/JJG

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT ALLIED INTERSTATE LLC**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendant Allied Interstate LLC ("Allied"), by their respective undersigned attorneys, that the above-entitled action by Plaintiff as against Defendant Allied may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**HEANEY LAW FIRM, LLC**

Dated: 6/5/13        By   s/Mark L. Heaney
                            Mark L. Heaney (ID #0333219)
                            13911 Ridgedale Drive, Suite 110
                            Minnetonka, Minnesota 55305
                            Telephone: 952-933-9655
                            Facsimile: 952-544-1308
                            mark@heaneylaw.com

**BASSFORD REMELE,** *A Professional Association*

Dated: 7/1/13        By   s/Susan E. Gustad
                            Michael A. Klutho (ID #186302)
                            Susan E. Gustad (ID #268008)
                            33 South Sixth Street, Suite 3800
                            Minneapolis, Minnesota  55402-3707
                            Telephone: (612) 333-3000
                            Facsimile (612) 746-1202
                            mklutho@bassford.com; sgustad@bassford.com